41020. WRIGHT v. SAVANNAH TRANSIT AUTHORITY.

Eberhardt, Judge. Where the trial judge is within the jurisdiction, the only tender of a bill of exceptions that will suffice is one made to him. *Code Ann.* § 6-902; *State Hwy. Dept. v. Swain*, 108 Ga. App. 708 (134 SE2d 506). Hence a certification is void if made more than thirty days after the judgment complained of where the only tender within thirty days was to the deputy clerk. Whether or not the trial judge had the power to revoke or vacate a certification, a reversal of the order revoking and vacating could not, under these circumstances, benefit the plaintiff in error. *Arnold v. Arnold*, 180 Ga. 560 (179 SE 715) and citations; *Kelton v. John*, 220 Ga. 272 (138 SE2d 316). Accordingly the writ of error is

*Dismissed. Bell, P. J., and Jordan, J., concur.*

Decided November 25, 1964.

*Sullivan, Herndon & Smith, Richard H. Herndon*, for plaintiff in error.

*Bouhan, Lawrence, Williams & Levy, Frank W. Seiler, Walter C. Hartridge, II*, contra.